IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALLAS SCHITTLER,<br>    Plaintiff<br>    v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration,<br>    Defendant | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>FILED<br>MAR 20 2018<br><br>NO. 17-1833 |

## ORDER

**AND NOW**, this 19th day of March, 2018, after review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby

**ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED**; and

2. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can (a) allow Plaintiff's wife to provide relevant testimony at a new hearing; (b) obtain testimony from a vocational expert a new hearing; and (c) explicitly consider Dr. Ghanta's medical opinions.

BY THE COURT:

J. Curtis Joyner, J.